UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Kareema Ta-She Whitfield,<br><br>            Relator,<br><br>- against -<br><br>WILLIAMSBURG CENTER FOR RENAL DIALYSIS LLC D/B/A WILLIAMSBURG DIALYSIS CENTER, RENALLIANCE BILLING GROUP LLC D/B/A RENALLIANCE GROUP, and GERIPRO DIALYSIS CONSULTANTS LLC,<br><br>            Defendants. | **STIPULATION AND ORDER**<br><br>Civil Action No.<br>24-CV-0373<br><br>(Gujarati, J.)<br>(Kuo, M.J.) |

------------------X

WHEREAS, on or about January 18, 2024, KAREEMA TA-SHE WHITFIELD (the "Relator") filed the above-referenced action, in which Relator asserted claims on behalf of the United States pursuant to the *qui tam* provisions of the False Claims Act, 31 U.S.C. §§ 3729 *et seq.*;

WHEREAS, in accordance with 31 U.S.C. § 3730(b), Relator's complaint was sealed for a period of at least sixty days from the date of filing;

WHEREAS, by order of the Court dated March 19, 2024, the seal and intervention deadlines were extended at least until September 18, 2024;

WHEREAS, on June 24, 2024, this matter was re-assigned to Your Honor;

WHEREAS, pursuant to Fed. R. Civ. P. 41(a)(l)(A)(i), Relator seeks to voluntarily dismiss all of Relator's claims, including those claims made on behalf of the United States, as to all Defendants in this action;

WHEREAS, the United States consents to Relator's dismissal of Relator's claims as to Defendants in this action, with prejudice as to Relator in this forum but without prejudice as to the United States;

WHEREAS, the United States requests that the Complaint, this Stipulation and Order, and all subsequent filings in this action be unsealed;

WHEREAS, the United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED between Relator's counsel and the undersigned counsel for the United States that:

1. This action is dismissed with respect to all claims brought in this action on behalf of Relator as to all Defendants,

2. As to all claims brought in this action on behalf of the United States, this action is dismissed with prejudice as to Relator in this forum and without prejudice as to the United States,

3. The seal shall be lifted upon the Complaint,

4. All other contents of the Court's file in this action shall remain under seal and not be made public, except for this Stipulation and Order; and

3

5. The seal shall be lifted as to all other matters occurring in this action after the date of this Stipulation and Order.

Dated: Brooklyn, New York
June 5, 2024

BREON PEACE
United States Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

By: /s/ Tsz Ting Tam
Ting Ting Tam
Assistant U.S. Attorney
(718) 254-6284
Tsz.Ting.Tam@usdoj.gov

Dated: Montclair, New Jersey
June 5, 2024

MUELLER LAW, LLC
*Attorneys for Relator*
363 Bloomfield Ave, 2-C
Montclair, New Jersey 07042

By: [signature]
William L. Hurlock
(973) 233-8290
William.Hurlock@muellerlaw.com

IT IS SO ORDERED,

Brooklyn, New York,

This _____ day of _____, 2024.

_____
HONORABLE DIANE GUJARATI
United States District Judge, E.D.N.Y.